NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**MITSUBISHI MOTORS NORTH AMERICA, INC.,**
*Defendant-Cross-Appellant*

---

2014-1837, 2015-1005

---

Appeals from the United States District Court for the District of Delaware in No. 1:13-cv-00712-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to dismiss the above-captioned appeals,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeals are dismissed.

(2) Each side shall bear its own costs.

2    VEHICLE OPERATION TECHNOLOGIES v. MITSUBISHI MOTORS

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

ISSUED AS A MANDATE: August 31, 2015