No. 2014-1837

# United States Court of Appeals
# For the Federal Circuit

BUETHER JOE & CARPENTER, LLC,
AND
ERIC W. BUETHER,
*Appellants*,

v.

MITSUBISHI MOTORS NORTH AMERICA, INC.,
*Defendant - Appellee*.

Appeal from the United States District Court for the District of Delaware
in No. 1:13-cv-00712-RGA, Judge Richard G. Andrews.

**APPELLANTS' MOTION TO REOPEN APPEAL,
LIFT STAY, AND AMEND CAPTION**

ERIC W. BUETHER
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
(214) 466-1271

*Attorney for Appellants Buether Joe
& Carpenter, LLC and Eric W.
Buether*

# CERTIFICATE OF INTEREST

Counsel for the Appellants, Buether Joe & Carpenter, LLC and Eric W. Buether, certifies the following:

1. The full name of every party or amicus represented by me is:

    Buether Joe & Carpenter, LLC
    Eric W. Buether

2. The name of the real parties in interest represented by me is:

    Buether Joe & Carpenter, LLC
    Eric W. Buether

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Eric W. Buether
    Christopher M. Joe
    Brian A. Carpenter
    BUETHER JOE & CARPENTER, LLC

    Richard D. Kirk
    Stephen B. Brauerman
    Vanessa R. Tiradentes
    Sara E. Bussiere
    BAYARD, P.A.

This appeal was one of six consolidated appeals relating to an order entered by the district court dismissing complaints filed by Plaintiff and former Appellant Vehicle Operation Technologies LLC ("VOT") pursuant to the district court's memorandum opinion and order granting motions for sanctions filed by the Defendants-Appellees. The district court entered its order dismissing VOT's complaints in each case on September 17, 2014. On the same day, VOT filed notices of appeal in each of the cases, and this Court issued a Notice of Docketing for each of these appeals. *See* Doc. No. 1 in each appeal. Later that same day, the law firm representing VOT in the district court, Buether Joe & Carpenter LLC ("BJC"), and VOT's lead counsel in that litigation at the time, Eric W. Buether ("Buether"), filed an Amended Notice of Appeal in each of the cases appealing the district court's memorandum opinion and order finding that BJC and Buether violated Rule 11 of the Federal Rules of Civil Procedure by making certain legal arguments regarding claim construction. *See* Doc. No. 2 in each appeal. No revised Notice of Docketing was entered with respect to the amended notices of appeal adding BJC and Buether as appellants.

On September 24, 2014, this Court issued an order consolidating each of the appeals with a revised official caption for the consolidated appeals. *See* Doc. No. 3 in each appeal. The lead case was designated Case No. 2014-1831. On October 2,

2014, Buether entered a corrected Docketing Statement listing Buether as counsel for appellants VOT, BJC and Buether. *See* Doc. No. 36 in Case No. 2014-1831.[1]

On November 13, 2014 the parties filed a Joint Motion to Stay Appeal Pending Outcome of Post-Judgment Motions Under 35 U.S.C. § 285, jointly requesting the Court to stay the consolidated appeals and cross-appeals pending the full resolution of Defendants' post-judgment motions in the district court pursuant to 35 U.S.C. § 285. *See* Doc. No. 57 in Case No. 2014-1831. The Court granted the motion on February 19, 2015, and ordered that, "[w]ithin 14 days of the issuance of the district court's order on the 35 U.S.C. § 285 motions, the parties are directed to inform the court of how they believe the appeals should proceed." Doc. No. 61 at 2 in Case No. 2014-1831.

Between November 2014 and August 2015, VOT and the Defendants entered into settlement agreements disposing of the disputes between them pending in the district court and this Court. *See* Doc. Nos. 58-59, 65, 68-69 in Case No. 2014-1831, and Doc. No. 8 in Case No. 2014-1837. Appellants BJC and Buether, however, were not parties to any of these settlements and the settlement

---

[1] Also on October 2, Defendant-Appellees BMW of North America, LLC ("BMW"), Nissan North America, Inc. ("Nissan"), and Mitsubishi Motors North America, Inc. ("Mitsubishi") filed notices of cross-appeal in their respective cases cross-appealing the denial of monetary sanctions as to counsel for VOT. *See* Doc. Nos. 1-2 in Case Nos. 2015-1003, 2015-1004 and 2015-1005. On the same day, these cross-appeals were consolidated with the appeals already consolidated under Case No. 1831. *See* Doc. No. 33 in Case No. 2014-1831.

agreements did not provide for the dismissal of any appeals filed by them. The joint motions to voluntarily dismiss appeals filed with this Court pursuant to the settlement agreements were filed only by VOT and the particular Defendant that was a party to the agreement, and specifically limited the scope of the dismissal requested to the appeals involving only those parties. In Case No. 14-1837 involving VOT and Mitsubishi, for example, the joint motion was filed only by VOT and Mitsubishi and was entitled "Joint Motion to Dismiss Vehicle Operation Technologies, LLC's Appeal and Mitsubishi Motors North America, Inc.'s Cross-Appeal." Doc. No. 8 in Case No. 2014-1837. The joint motion stated that VOT and Mitsubishi have reached a settlement and jointly requested the Court to dismiss only "VOT's appeal and Mitsubishi's cross-appeal." *Id*. at 4.

In each of the appeals consolidated under Case No. 2014-1831, the Court granted the joint motions to dismiss and entered an order stating that the specific appeals relating to the settlement agreement and joint motion to dismiss were dismissed. *See* Doc. Nos. 60, 66, and 70 in Case No. 2014-1831, and Doc. No. 9 in Case No. 2014-1837. In each of these orders, except for the last, the Court issued a revised caption eliminating from the caption the case or cases that were the subject of the settlement agreement and joint motion to dismiss. *Id*. In the last dismissal order entered on August 31, 2015, in Case No. 2014-1837, stated "[t]he appeals are dismissed."

In view of the fact that Appellants BJC and Buether were not parties to the settlement agreements between VOT and the Defendants and did not agree to the dismissal of their appeals in those agreements, the joint motions to dismiss filed by VOT and the Defendants with this Court did not request dismissal of the appeals filed by BJC and Buether, and Appellants BJC and Buether have not dismissed their appeals in these case, the Court should issue an order correcting its dismissal orders, reopening the appeal in this and the other cases consolidated under 2014-1831, and amend the caption to reflect that BJC and Buether remain appellants in the appeals re-consolidated under Case No. 2014-1831.[2]

In addition, given that the proceedings in the district court relating to the Defendants' motions under 35 U.S.C. § 285 have been terminated, and there are no other post-judgment motions pending before that Court, the stay of proceedings in this court should be lifted, and the appeals by Appellants BJC and Buether regarding the district court's sanctions orders should proceed accordingly.[3]

A proposed Order is attached.

---

[2] Appellants BJC and Buether apologize to the Court for any inconvenience resulting from their not noticing the procedural issues discussed above.

[3] On September 1, 2015, Appellants BJC and Buether provided opposing counsel with a copy of this motion and asked whether they would oppose the motion or not. Opposing counsel has failed to respond to this request.

5

Respectfully submitted,

*/s/ Eric W. Buether*
Eric W. Buether
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:  (214) 466-1272
Facsimile:   (214) 635-1828
Eric.Buether@BJCIPLaw.com

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on September 9, 2015, by electronic means using the CM/ECF System, which will serve via email notice of such filing to all counsel of record registered as CM/ECF users.

Paper copies will also be mailed to all counsel of record at the time paper copies, if any, are sent to the Court.

September 9, 2015

*/s/ Eric W. Buether*
Eric W. Buether
